**FILED**

JUN 2 3 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Alfredo CABALLERO-Quinto<br><br>Defendant, | ) Mag. Case No.: **'08 MJ 8566**<br>)<br>) COMPLAINT FOR VIOLATION OF:<br>)<br>) Title 8, U.S.C., Section 1324(a)(1)(A)(ii)<br>) Illegal Transportation of Aliens<br>)<br>)<br>)<br>) |

The undersigned complainant, being duly sworn, states:

On or about June 20, 2008, within the Southern District of California, defendant Alfredo CABALLERO-Quinto, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, Isela CASTRO-Hernandez, Mario Ulises OLMOS-Martinez and Juan Manuel GUTIERREZ-Lopez had come to, entered or remained in the United States in violation of law, did transport or move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant states that this complaint is based on the attached Probable Cause statement which, is incorporated herein by reference.

_____
Senior Border Patrol Agent

SWORN TO BEFORE AND SUBSCRIBED IN MY PRESENCE THIS 23rd DAY OF JUNE 2008.

_____
Peter C. Lewis
United States Magistrate Judge

I, Senior Border Patrol Agent Juan Suarez declare under penalty of Perjury, the following is true and correct:

# PROBABLE CAUSE STATEMENT

The complainant states that this complaint is based upon statements in the investigative reports by the apprehending agents, that on June 20, 2008, the defendant, a citizen and national Mexico was apprehended near Ocotillo, California, as the driver of a green 1998 GMC Yukon bearing California license, 5WQN917, as he attempted to smuggled (14) fourteen undocumented aliens in violation of law.

At approximately 6:00 pm, Agents received a report from the Boulevard Border Patrol Station concerning a possible green older model Suburban vehicle that was seen loading suspected illegal aliens.

Shortly after the report, a green older model GMC Yukon passed BPA R. Johnson's position at the Highway 98 and Interstate 8 interchange. As the vehicle passed his location, BPA Johnson noticed multiple occupants stacked within the vehicle. BPA Johnson also noticed that the vehicle was heavily laden with dark tinted windows.

BPA Johnson got behind the suspect vehicle, which was currently traveling eastbound on I-8. BPA Johnson pulled up to the driver's side of the suspect load vehicle and positively identified the driver, later identified as Alfredo CABALLERO-Quinto. BPA Johnson was able to see that CABALLERO was a heavy set Hispanic male with a medium skin tone, and wearing a black T-shirt. CABALLERO appeared to be nervous. BPA Johnson could see that CABALLERO's hands were tightly gripping the steering wheel and his arms were locked straight out. BPA Johnson activated the emergency lights on his assigned fully marked Border Patrol Vehicle.

CABALLERO failed to yield. BPA Johnson followed the vehicle for several miles and then turned off my emergency equipment and continued to follow the vehicle at a safe distance.

BPA Flores was set up with a Controlled Tire Deflation Device (CTDD) east of Westside Road on Interstate 8. Once the vehicle reached the location where the CTDD was placed on the interstate, the green Yukon swerved toward the median to avoid the spike strip. The vehicle then spun around and rolled over towards the southern shoulder of the interstate. After the vehicle rolled and came to a stop, BPA Johnson noticed three individuals exit the vehicle and begin running away from the overturned vehicle. BPA Johnson exited his vehicle and apprehended the fleeing subjects. One of the three subjects attempting to abscond was the driver, CABALLERO. BPA Johnson apprehended the three subjects. BPA Johnson rendered first responder assistance to CABALLERO and the 14 other suspected illegal aliens. All subjects were placed under arrest.

CABALLERO complained of neck pain and was transported to Pioneers Memorial Hospital in Brawley, California for treatment. Three of the smuggled aliens, Cipriano OLEA-Mendez, Antonio PANFILO-Gallegos and Dino SOSA-Dominguez also required treatment and were transported to Pioneers Memorial Hospital.

Alfredo CABALLERO- Quinto, was read his rights as per Miranda at 0055 hrs by SBPA Benavides and witnessed by BPA Grindley. CABALLERO stated that he was a citizen of Mexico without legal documents to be in or remain in the United States. CABALLERO stated that he last entered the United States by walking through the desert and that his final destination was Los Angeles, California to look for work. CABALLERO stated that he attempted to swerve to avoid hitting the object, losing control of his vehicle and eventually rolling the vehicle over.

Material witness Juan Manuel GUTIERREZ-Lopez stated his cousin made arrangements for him to be smuggled into the United States for a payment of $2,500.00. Material witnesses Isela CASTRO-Hernandez and Mario Ulises OLMOS-Martinez stated they were going to pay $2,500.00 each to be smuggled into the United States. GUTIERREZ, CASTRO and OLMOS were each shown a six pack photo line-up and were able to identify the driver as photo #2. Photo #2 is CABALLERO.

The complainant states that the name of the Material Witness is as follows:

| NAME | PLACE OF BIRTH |
| --- | --- |
| Isela CASTRO-Hernandez | Mexico |
| Mario Ulises OLMOS-Martinez | Mexico |
| Juan Manuel GUTIERREZ-Lopez | Mexico |

Further, complainant states that Isela CASTRO-Hernandez, Mario Ulises OLMOS-Martinez and Juan Manuel GUTIERREZ-Lopez are citizens of a country other than the United States; that said aliens admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and their are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

Executed on June 21, 2008 at 09:00a.m.

Senior Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 3 pages, I find Probable cause to believe that the defendants named in this probable cause statement committed the offense on June 20, 2008 in violation of Title 8, United States Code, 1324.

Honorable Louisa S. Porter
United States Magistrate Judge

4/21/08   12:40 pm
Date/Time